# In The United States Court of Federal Claims

No. 12-388C

(Filed: January 7, 2013)
_____

1200 SIXTH STREET, LLC.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

    Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Thomas C. Wheeler, it is **ORDERED** that this civil action shall be transferred to Judge Thomas C. Wheeler. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge